```
 1  Katherine Corrigan, CA. SBN 132226
    CORRIGAN LAW CORPORATION
    A PROFESSIONAL LAW CORPORATION
 2  5120 Campus Drive
    Newport Beach, CA 92660
 3  Telephone: 949-251-0330
    Facsimile: 949-752-8770
 4  E-Mail: corriganlaw@um.att.com

 5  Attorneys for Alberto Hernandez
```

<center>

6  UNITED STATES DISTRICT COURT

7

8  FOR THE CENTRAL DISTRICT OF CALIFORNIA

9  SOUTHERN DIVISION

</center>

10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | Case: SA CR 07-202-DOC (7) |
| 12      Plaintiff, | **ORDER APPROVING EX PARTE APPLICATION FOR COURT'S APPROVAL OF EXTENSION OF TIME TO FILE SUPPLEMENTAL "FRANKS" MOTION UNTIL AUGUST 1, 2009.** |
| 13  vs. | |
| 14  ALBERTO HERNANDEZ, et al. | |
| 15 | |
| 16      Defendant | Date: September 9, 2009<br>Time: 7:30 a.m.<br>Place: Hon. David O. Carter<br>       Courtroom 9C<br>       U.S. District Court<br>       411 West Fourth Street<br>       Santa Ana, California 92701 |
| 17 | |
| 18 | |
| 19 | |
| 20 | |

21  **GOOD CAUSE SHOWING:**
22  **IT IS HEREBY ORDERED THAT**

23       Defendant ALBERTO HERNANDEZ be permitted additional time to

24  consider the filing of and the actual filing of additional and supplemental grounds for

25  the "Franks" motion that he has already filed with this Court, and which is currently

26  ///

27  ///

28

1 under ongoing investigation by his counsel, and that he be permitted to file
2 supplemental grounds for the "Franks" motion up to and including August 1, 2009.
3
4 DATED: May 19, 2009
5                           *David O. Carter*
6                           HONORABLE DAVID O. CARTER
7                           UNITED STATES DISTICT COURT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28


